**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

STATE OF ARKANSAS, *ex rel*.                                                                                                    PLAINTIFF
DUSTIN McDANIEL, ATTORNEY GENERAL

v.                                                        No. 4:09CV00355 JLH

AUTOMOTIVE WARRANTY SOLUTIONS, LLC;
and RALPH MANCUSO                                                                                                              DEFENDANTS

**ORDER**

Presently before the Court is plaintiff's motion for continuance of the trial date. Document #51. Without objection, the motion is GRANTED, and the trial of this matter previously set for the week of June 1, 2010, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 19th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE