IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STATE OF ARKANSAS, *ex rel.*  PLAINTIFF
DUSTIN McDANIEL, ATTORNEY GENERAL

v.  No. 4:09CV00355 JLH

AUTOMOTIVE WARRANTY SOLUTIONS, LLC;
and RALPH MANCUSO  DEFENDANTS

### ORDER

Automotive Warranty Solutions, LLC's motion for clarification and for a telephone conference is granted in part and denied in part. The motion for telephone conference was granted, and the conference was held on April 19, 2010. The motion for clarification is denied as moot. Document #42.

Automotive Warranty Solutions, LLC's oral motion for a stay of discovery is granted. The discovery will be stayed until the Court rules on the pending motion to dismiss or for judgment on the pleadings. The stay does not, however, apply to any outstanding discovery requests.

IT IS SO ORDERED this 20th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE