**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

STATE OF ARKANSAS *ex rel.*                                                              PLAINTIFF
DUSTIN McDANIEL, Attorney General

v.                                        Case No. 4:09CV00355 JLH

AUTOMOTIVE WARRANTY SOLUTIONS LLC
and RALPH MANCUSO                                                                       DEFENDANTS

**ORDER**

The State of Arkansas, *ex rel.* Dustin McDaniel, in his official capacity as Attorney General of the State of Arkansas, and Automotive Warranty Solutions LLC have announced that a settlement has been reached between Automotive Warranty Solutions and the State of Arkansas. The claims of the State of Arkansas against Automotive Warranty Solutions LLC are therefore dismissed with prejudice, and all pending motions are denied as moot. The Court retains jurisdiction over Automotive Warranty Solutions LLC for a period of one year from today's date for the purpose of enforcing the settlement agreement.

This order of dismissal does not apply to the claims of the State of Arkansas against Ralph Mancuso.

IT IS SO ORDERED this 9th day of July, 2010.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE