**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| STATE OF ARKANSAS *ex rel.* | | PLAINTIFF |
| DUSTIN McDANIEL, Attorney General | | |
| | | |
| v. | Case No. 4:09CV00355 JLH | |
| | | |
| RALPH MANCUSO | | DEFENDANT |

### ORDER

By virtue of the Consent Decree entered on July 29, 2010, resolving the dispute between the State of Arkansas, *ex rel*. Dustin McDaniel, Attorney General, and Automotive Warranty Solutions, LLC, the following motions are denied as moot: motion for attorneys' fees (Document #38); motion to dismiss for lack of jurisdiction (Document #49); motion to strike response to motion (Document #61); motion to compel discovery (Document #65); and motion for extension of time (Document #69).

IT IS SO ORDERED this 5th day of November, 2010.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE