**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

STATE OF ARKANSAS *ex rel.*                                                     PLAINTIFF
DUSTIN McDANIEL, Attorney General

v.                                 Case No. 4:09CV00355 JLH

RALPH MANCUSO                                                         DEFENDANT

**DEFAULT JUDGMENT**

Pursuant to the Order entered separately today, judgment is entered against Ralph Mancuso, individually, in favor of the State of Arkansas, *ex rel.* Dustin McDaniel, Attorney General, in the amount of $33,500.00.

Ralph Mancuso is hereby permanently enjoined from further violations of the Telemarketing and Consumer Fraud and Abuse Protection Act, 15 U.S.C. §§ 6101, *et seq.*, the Telemarketing Sales Rule, 16 C.F.R. Part 310, the Telephone Consumer Protection Act, 47 U.S.C. § 227, 47 C.F.R. § 64.1200, the Arkansas Consumer Telephone Privacy Act, Ark. Code Ann. § 4-99-401, *et seq.*, the Caller Identification Blocking by Telephonic Sellers Act, Ark. Code Ann. § 4-99-301, *et seq.*, the Arkansas Deceptive Trade Practices Act, Ark. Code Ann. § 4-88-101, *et seq.*, and Ark. Code Ann. § 5-63-204.

IT IS SO ORDERED this 5th day of November, 2010.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE